**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

AMERICAN LODGING, INC.,            Civil Action No.: 1:18-cv-00528-RBJ

    Plaintiff,

v.

ARCH SPECIALTY INSURANCE COMPANY,

    Defendant.

---

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

**COMES NOW** Plaintiff, American Lodging, Inc., and hereby files this Notice of Voluntary Dismissal with Prejudice against Defendant, Arch Specialty Insurance Company, with each party to bear their own fees and costs.

DATED this 21st day of June, 2018.

                         /s/ Jonathan E. Bukowski
                         Larry E. Bache, Jr.
                         Jonathan E. Bukowski, Esq.
                         Merlin Law Group, PA
                         1001 17th Street, Ste. 1150
                         Denver, CO 80202
                         Telephone:  720-665-9680
                         Facsimile:   720-665-9681
                         E-Mail: lbache@merlinlawgroup.com
                         E-Mail: jbukowski@merlinlawgroup.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Voluntary Dismissal with Prejudice was filed via CM/ECF this 21st day of June, 2018.

                                          */s/ Mary Gibbons*
                                          Mary Gibbons, Paralegal

T1961086.DOCX;1